IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK CORDREY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-CV-107-SMY-RJD |
| JANE DOE 1, JANE DOE 2, M. GOBLE, and WARDEN OF LAWRENCE CORRECTIONAL CENTER, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 24), recommending that Defendants Warden of Lawrence and Goble's Motion to Dismiss (Doc. 21) be granted. No objections have been filed to the Report. For the following reasons, Judge Daly's Report is **ADOPTED**.

When neither timely nor specific objections to a Report are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that Plaintiff has failed to prosecute this action by failing to provide his current address. The Court finds no error with respect to Judge Daly's findings, analysis and conclusions, and adopts her Report and Recommendation in its entirety.

Accordingly, Defendants' Motion to Dismiss is **GRANTED** and this matter is **DISMISSED with prejudice.** The Clerk of Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: June 14, 2019**

**STACI M. YANDLE**
**United States District Judge**